474 A.2d 659

Commonwealth v. Schaeffer, Appellant.

Submitted January 20, 1984. James A. Consoli, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.

474 A.2d 659

Commonwealth v. Smith, Appellant.

Argued January 10, 1984. Charles M.J. Nester, Assistant Public Defender, for appellant; Rundbaken Streitel, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.